IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY LAVELL ROBERTS,  )<br>    # 01629756,  )<br>        Petitioner,  )<br>vs.  )<br>  )<br>DIRECTOR, Texas Department  )<br>of Criminal Justice, Correctional  )<br>Institutions Division,  )<br>        Respondent.  ) | No. 3:23-CV-0639-K-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's application to proceed *in forma pauperis* is **DENIED**. By separate judgment, this action will be dismissed for failure to follow court orders to pay the filing fee.

    SO ORDERED.

Signed June 27th, 2023.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE